1074

[No. 22069-5-II.    Division Two.    January 29, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. ROILAND
FERNANDEZ-MEDINA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-04047-1, Marywave Van Deren, J., entered
June 10, 1997. *Affirmed* by unpublished opinion per Hough-
ton, J., concurred in by Bridgewater, C.J., and Seinfeld, J.
Now published at 94 Wn. App. 263.

[No. 22208-6-II.    Division Two.    January 29, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. ANDREW
CHARLES MCMANUS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-1-00136-9, David E. Foscue, J.,
entered July 21, 1997. *Affirmed* by unpublished opinion per
Bridgewater, C.J., concurred in by Seinfeld and Houghton,
JJ.

[No. 22456-9-II.    Division Two.    January 29, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. DAVID
GUSTAVO CORONEL-PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 97-1-00194-8, David R. Draper, J., entered
September 29, 1997. *Affirmed* by unpublished opinion per
Bridgewater, C.J., concurred in by Morgan and Houghton,
JJ.

[No. 22538-7-II.    Division Two.    January 29, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. DAYNA MECHEL
CLOPTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 97-1-01155-8, John F. Nichols, J., entered
October 20, 1997. *Reversed* by unpublished opinion per
Bridgewater, C.J., concurred in by Seinfeld and Houghton,
JJ.